ISAAC LEVIN, Appellant, *v.* SOL LEVIN FIXTURES COR-PORATION et al., Respondents.

(Argued December 15, 1932; decided January 10, 1933.)

*Mortimer Hays, Lester Lyons, Herman Shulman* and *David L. Podell* for appellant.

*J. W. Friedman* and *Edward H. Levine* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.